# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

RICHARD RALPH FEUDALE,

        Appellant

        v.

AQUA PENNSYLVANIA, INC. AND
DEPARTMENT OF CONSERVATION
AND NATURAL RESOURCES OF THE
COMMONWEALTH OF PA,

        Appellees

: No. 74 MAP 2015
:
:
: Appeal from the Order of the
: Commonwealth Court at No. 335 MD 2014
: dated 7/22/15
:
:
:
:
:
:
:
:
:
:

## ORDER

PER CURIAM                                    DECIDED:  April 25, 2016

     **AND NOW**, this 25th day of April, 2016, the Order of the Commonwealth Court is AFFIRMED.